

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Eric Lynn Baumgart v. Phillip Douglas Archer, KPRC-TV Channel 2, Graham Media Group, Houston, Inc., Graham Media Group, Graham Holdings Company

Appellate case number:   01-18-00298-CV

Trial court case number: 2017-83349

Trial court:             157th District Court of Harris County

Appellant's motion to abate for the filing of a supplemental clerk's record is **denied** as premature. Appellant avers that, in conjunction with his motion, he notified the trial court clerk of the specific records he seeks to have included in a supplemental clerk's record. The trial court clerk has not yet been provided an opportunity to file a supplement record containing the records designated by appellant. The court shall reconsider appellant's motion if the supplemental clerk's record is not filed **within 10 days** of this order. Appellant's brief shall be due within **30 days** of the filing of the supplemental clerk's record.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   Acting individually

Date: August 7, 2018